UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:    Maidel Aguirre Menendez                     Case No.: 24-18394-LMI
                                                      Chapter 13

                    Debtor(s)                    /

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the Objection to Claim of Santander Consumer USA, Inc and Notice of Hearing was sent to all parties on the attached service list on January 4, 2025.

Electronically & Mailed: Nancy K. Neidich, Trustee PO Box 279806 Hollywood, FL 33027

First Class Mail:

Debtor(s), Maidel Aguirre Menendez,
660 NE 78TH ST APT 640
Miami, FL 33138

Santander Consumer USA, Inc
c/o Kimberly Lopez, BK Rep
Po Box 961245
Fort Worth, TX 76161

SANTANDER CONSUMER USA
c/o Kimberly Lopez, BK Rep
P.O. Box 560284
Dallas, TX 75356

SANTANDER CONSUMER USA
c/o Timothy H. Wennes, CEO
824 N Market St, Ste 100
Wilmington, DE 19801

Respectfully submitted:            **Jose A. Blanco, P.A.**
January 4, 2025                    By: */s/ Jose A. Blanco* | FBN: 062449
                                   Attorney for Debtor(s)
                                   102 E 49th ST
                                   Hialeah, FL 33013,
                                   Tel. (305) 349-3463
                                   E-mail: jose@blancopa.com

LF-70 (rev. 12/01/09)