

**ORDERED in the Southern District of Florida on February 14, 2025.**

Laurel M. Isicoff, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:    Maidel Aguirre Menendez                         Case No.: 24-18394-LMI
                                                          Chapter 13

                Debtor(s)                    /

### ORDER SUSTAINING OBJECTION TO CLAIM OF SANTANDER CONSUMER USA, INC

THIS MATTER having come to be heard without objection on the consent calendar on February 4, 2025, upon Debtor's Objection to Claim of Santander Consumer USA, Inc; claim #3 ("Objection") [ECF#24] and based on the record, IT IS;

ORDERED AND ADJUDGED:

1. The Objection is SUSTAINED.

2. The claim is allowed as filed without distribution from the Chapter 13 Trustee.

# # #

Respectfully Submitted:
Jose A. Blanco | 062449
**JOSE A. BLANCO, P.A.**
102 E 49th ST
Hialeah, FL 33013
Tel:    (305) 349-3463
Fax:    (786) 567-5057
E-Mail: jose@blancopa.com

The Law Office of Jose A. Blanco, P.A., is hereby directed to mail a conformed copy of this order to all affected parties and file a certificate of service.

LF-70 (rev. 12/01/09)